In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00096-CR

                                                ______________________________

 

 

                                   RONALD ALLEN BOAZ,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                         On Appeal from the 6th Judicial District Court

                                                          Red
River County, Texas

                                                          Trial Court
No. CR00053

 

                                                      
                                            

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            Ronald
Allen Boaz was convicted in July 2003 of sexual assault.

            On
April 8, 2010, Boaz filed with the trial court a request for a free copy of “trial
transcripts and police records.”  The
trial court denied that request on April 27, 2010, and Boaz now attempts to
appeal the denial of his request.

            This
Court has jurisdiction over criminal appeals only when expressly granted by
law.  Everett
v. State, 91 S.W.3d 386, 386 (Tex. App.––Waco 2002, no pet.).  No statute vests this Court with jurisdiction
over an appeal from an order denying a request for a free copy of the trial
record when such a request is not presented in conjunction with a timely filed
direct appeal.  Id.; see Self v. State,
122 S.W.3d 294, 294–95 (Tex. App.––Eastland 2003, no pet.).

            We
dismiss this appeal for want of jurisdiction.

 

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          June
9, 2010

Date Decided:             June
10, 2010

 

Do Not Publish






oNormal style='text-align:justify;text-justify:inter-ideograph;
mso-pagination:widow-orphan;tab-stops:center 3.25in'>                                              Memorandum Opinion by Justice Carter








                                                      MEMORANDUM OPINION

 

            Appellants,
Owens & Minor, Inc., and Owens & Minor Medical, Inc., and Appellee,
Becton, Dickinson & Company, have filed with this Court a joint motion to
dismiss the pending appeal in this matter.

            We
grant the motion and dismiss the appeal.

 

 

 

 

                                                                                    Jack
Carter

                                                                                    Justice

 

Date Submitted:          March
15, 2010           

Date Decided:             March
16, 2010